97 So.2d 574

**Elbert BEVINS**

v.

**STATE.**

8 Div. 933.

Supreme Court of Alabama.

Oct. 24, 1957.

John Patterson, Atty. Gen., and Robt. G. Kilgore, Jr., Asst. Atty. Gen., for the petition.

Powell & Powell, Decatur, opposed.

COLEMAN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Bevins v. State, 97 So.2d 572, wherein a judgment of conviction of grand larceny was reversed.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.

95 So.2d 805

**Ralph CHAMPION**

v.

**STATE.**

7 Div. 352.

Supreme Court of Alabama.

Feb. 21, 1957.

Rehearing Denied June 20, 1957.

John Tucker, Jr., Birmingham, Hayden Rector, Mobile, and H. R. Burnham, Anniston, for petitioner.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Ralph Champion for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Champion v. State, 95 So.2d 805.

Writ denied.

SIMPSON, GOODWYN and COLEMAN, JJ., concur.

95 So.2d 806

**Ralph CHAMPION**

v.

**STATE.**

7 Div. 353.

Supreme Court of Alabama.

Feb. 21, 1957.

Rehearing Denied June 20, 1957.

John Tucker, Jr., Birmingham, Hayden Rector, Mobile, and H. R. Burnham, Anniston, for petitioner.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Ralph Champion for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Champion v. State, 95 So.2d 805.

Writ denied.

SIMPSON, GOODWYN and COLEMAN, JJ., concur.